IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 4:00cr42-RH/WCS

CURLEY LEE MILLER,

    Defendant.

_____/

**ORDER REDUCING SENTENCE**

The term of imprisonment to which defendant Curley Lee Miller is sentenced is hereby reduced to a term of seventy-eight (78) months. In all other respects the original sentence remains unchanged.

SO ORDERED this 1st day of August, 2005.

                s/Robert L. Hinkle
                Chief United States District Judge